**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 26-cr-00176-NYW

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. GABRIEL ENRIQUE YAJURE-PEREZ, and
2. DEIBI BECERRA-PEREZ,

Defendants.

---

# INDICTMENT

---

The Grand Jury charges:

## COUNT 1

From a time unknown, but at least as early as January 21, 2026, through and including on or about April 16, 2026, in the State and District of Colorado, and elsewhere, the defendants, GABRIEL ENRIQUE YAJURE-PEREZ and DEIBI BECERRA-PEREZ, and others known and unknown to the Grand Jury, including Coconspirator 1 and Coconspirator 2, did knowingly and intentionally conspire and agree, with interdependence, to ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm to another person, in or otherwise affecting interstate and foreign commerce, having reasonable cause to believe that the use, carrying, and possession of the firearm by the recipient would constitute a felony.

All in violation of Title 18, United States Code, Section 933(a)(1) and (3).

**COUNT 2**

From a time unknown, but at least as early as February 11, 2026, through and including on or about April 16, 2026, in the State and District of Colorado, and elsewhere, the defendants, GABRIEL ENRIQUE YAJURE-PEREZ and DEIBI BECERRA-PEREZ, and others known and unknown to the Grand Jury, including Coconspirator 2, did knowingly and intentionally conspire and agree, with interdependence, to distribute: (a) 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance; and (b) a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(viii), and (b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

**COUNT 3**

On or about February 11, 2026, in the State and District of Colorado, the defendant, GABRIEL ENRIQUE YAJURE-PEREZ, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

**COUNT 4**

On or about February 19, 2026, in the State and District of Colorado, the defendants, GABRIEL ENRIQUE YAJURE-PEREZ and DEIBI BECERRA-PEREZ, did knowingly and intentionally distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii), and Title 18, United States Code, Section 2 (aiding and abetting).

**COUNT 5**

On or about February 25, 2026, in the State and District of Colorado, the defendants, GABRIEL ENRIQUE YAJURE-PEREZ and DEIBI BECERRA-PEREZ, did knowingly and intentionally distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii), and Title 18, United States Code, Section 2 (aiding and abetting).

**COUNT 6**

On or about March 3, 2026, in the State and District of Colorado, the defendants, GABRIEL ENRIQUE YAJURE-PEREZ and DEIBI BECERRA-PEREZ, did knowingly and intentionally distribute 500 grams and more of a mixture and substance containing a detectable

amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii), and Title 18, United States Code, Section 2 (aiding and abetting).

## COUNT 7

On or about March 25, 2026, in the State and District of Colorado, the defendants, GABRIEL ENRIQUE YAJURE-PEREZ and DEIBI BECERRA-PEREZ, did knowingly and intentionally distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii), and Title 18, United States Code, Section 2 (aiding and abetting).

## COUNT 8

On or about April 16, 2026, in the State and District of Colorado, the defendants, GABRIEL ENRIQUE YAJURE-PEREZ and DEIBI BECERRA-PEREZ, did knowingly and intentionally distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii), and Title 18, United States Code, Section 2 (aiding and abetting).

## FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 through 8 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violation alleged in Count 1 of this Indictment, the defendants, GABRIEL ENRIQUE YAJURE-PEREZ and DEIBI BECERRA-PEREZ, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense.

3. Upon conviction of the violations alleged in Count 2 through Count 8 of this Indictment, the defendants, GABRIEL ENRIQUE YAJURE-PEREZ and DEIBI BECERRA-PEREZ, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all of the defendants' right, title, and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and in all property used, or intended to be used, in any manner or part, to commit, or to facilitate, the commission of such offense, including but not limited to: a money judgment in the amount of proceeds obtained by the conspiracy and by the defendants.

4. If any of the property described in paragraphs 2 and 3 above, as a result of any act or omission of the defendants:

a) cannot be located upon the exercise of due diligence;
b) has been transferred or sold to, or deposited with, a third party;
c) has been placed beyond the jurisdiction of the Court;
d) has been substantially diminished in value; or

e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property.

A TRUE BILL:

Ink Signature on File in Clerk's Office
FOREPERSON

PETER MCNEILLY
United States Attorney

By: *s/ Talia Bucci*
TALIA BUCCI
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
E-mail: Talia.Bucci@usdoj.gov